UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

FILED
U.S. EASTERN DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 07 2025
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:25CR 00034 DPM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(b)(3), 924(a)(1)(D) |
| | ) | 18 U.S.C. § 922(b)(5), 923(a)(1)(D) |
| | ) | 18 U.S.C. § 922(m), 924(a)(3)(B) |
| | ) | 18 U.S.C. § 922(a)(5), 924(a)(1)(D) |
| CHRISTOPHER BANKS | ) | 18 U.S.C. § 922(x), 923(a)(6)(B)(i) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about October 12, 2023, through on or about October 16, 2023, in the Eastern District of Arkansas and elsewhere, the defendant,

CHRISTOPHER BANKS,

being a federally licensed dealer of firearms, did willfully sell and deliver to S.C.S. a firearm, that is: a Taurus, model G2C, 9mm pistol, bearing serial number AEE436307, knowing and having reasonable cause to believe that S.C.S. at the time of the sale and delivery, did not reside in Arkansas, the State in which the licensee's place of business was located; in violation of Title 18, United States Code, Sections 922(b)(3) and 924(a)(1)(D).

### COUNT 2

On or about October 12, 2023, through on or about October 16, 2023, in the Eastern District of Arkansas and elsewhere, the defendant,

CHRISTOPHER BANKS,

being a federally licensed dealer of firearms did willfully sell and deliver to S.C.S., a firearm, that is: a Taurus, model G2C, 9mm pistol, bearing serial number AEE436307, without noting in the defendant's records required to be kept by law pursuant to Title 18, United States Code, Section

923, the name, age, and place of residence of said purchaser of the firearm, in violation of Title 18, United States Code, Sections 922(b)(5) and 924(a)(1)(D).

### COUNT 3

On or about March 27, 2024, in the Eastern District of Arkansas, the defendant,

CHRISTOPHER BANKS,

a federally licensed dealer of firearms, knowingly failed to make an appropriate entry in, made a false entry in, and failed to maintain a record the defendant was required to keep pursuant to Title 18, United States Code, Section 923, in violation of Title 18, United States Code, Sections 922(m) and 924(a)(3)(B).

### COUNT 4

On or about September 9, 2024, through on or about September 13, 2024, in the Eastern District of Arkansas and elsewhere, the defendant,

CHRISTOPHER BANKS,

not being a federally licensed dealer of firearms, did willfully transfer, sell, trade, give, transport, and deliver a firearm, that is: a privately made firearm with no serial number and a silver Smith and Wesson slide with model number SW9VE to S.C.S., said person not being a licensed importer, manufacturer, dealer, and collector of firearms, and knowing and with reasonable cause to believe that said person was not then residing in the State of Arkansas, the State in which the defendant was residing at the time of the aforesaid transfer, sale, trade, giving, transportation, and delivery of the firearm, in violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D).

### COUNT 5

On or about September 9, 2024, through on or about September 13, 2024, in the Eastern District of Arkansas and elsewhere, the defendant,

CHRISTOPHER BANKS,

knowingly sold, delivered, and transferred a handgun, that is: a privately made firearm with no serial number and a silver Smith and Wesson slide with model number SW9VE to S.C.S., knowing and having reasonable cause to believe that S.C.S. was a juvenile, in that he or she had not attained eighteen years of age, in violation of Title 18, United States Code, Sections 922(x)(1) and 924(a)(6)(B)(i).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1, 2, 3, 4, or 5 of this Indictment, the defendant, Christopher Banks, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, the following specific property: a Taurus, model G2C, 9mm pistol, bearing serial number AEE436307, and any associated ammunition, and a personally manufactured pistol with no serial number and a silver Smith and Wesson slide with model number SW9VE, and any associated ammunition.

☐ NO TRUE BILL.            ☑ TRUE BILL.

**REDACTED SIGNATURE**

FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
United States Attorney

By: ASHLEY BOWEN
Assistant United States Attorney
Bar No. AR 2009253
425 W. Capitol Ave., Suite 500
Little Rock, Arkansas 72201
(501) 340-2600
Ashley.Bowen@usdoj.gov